Memorandum : The order should he affirmed, without costs, on the memorandum at the Appellate Division. We make this further comment: the market value of claimant’s property was probably diminished after and because of the public improvement which involved a change of grade of Oswego Boulevard on which street claimant’s property fronted before any of the changes were made. However, as explained in Selig v. State of New York (10 N Y 2d 34), such damages although in a sense resulting from a change of grade are not compensable when there has been no taking of any part of the subject property and no direct physical damage thereto from any change of grade of any street. In this instance the street on which the building formerly fronted was moved to a new location some distance away, and depressed, but the building still abutted at one side on another usable street. Such damage as claimant suffered was due to circuity of access and as held in Selig there is no provision in law for recovery thereof.